**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cordarro T. Dorsey
Plaintiff,
v.
Gabriel Campos, et al.
Defendant.

Case No.: 1:25−cv−01212
Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 5, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants seek a significant extension of the date for filing their answer. They note that the City of Chicago has not yet been served. Mr. Dorsey's claims were originally asserted several months ago, however, before the court severed this case, giving it a new case file number. The substance of Mr. Dorsey's claims set forth in this case has not changed. And, unless the City will not indemnify the individual Defendant officers, It may not be necessary to devote substantial attention to any Monell claims. To enable a coordinated schedule, the City is invited to waive service. The motion [43] is granted in part and denied in part. The date for the individual Defendants' answer is extended to February 3, 2026. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.